# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

MICHAEL J. NUNN, Petitioner,

*Plaintiff(s)*

v.

DAVID R. WILSON, Warden, Respondent.

*Defendant(s)*

Civil Action No. 5:16-CV-145

FILED
DEC 12 2017
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: Pursuant to FRCP 58, the Clerk is directed to enter judgment on this matter.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation of the Magistrate Judge is AFFIRMED and ADOPTED; the Writ of Habeas Corpus under 28 U.S.C. Section 2241 is DENIED; and this civil action is DISMISSED WITHOUT PREJUDICE to the Petitioner's right to file a Bivens action and STRICKEN from the active docket of this Court.

Date: December 12, 2017

*CLERK OF COURT*
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*